IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. H-11-687 |
| RAUL GARCIA-LOPEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 16). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 13, 2012 |
| Responses are to be filed by: | February 27, 2012 |
| Pretrial conference is reset to**:** | **March 5, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 12, 2012 at 9:00 a.m.** |

SIGNED on December 8, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge