**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-687 |
| | § § § § | |
| RAUL GARCIA-LOPEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 23). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 31, 2012 |
| Responses are to be filed by: | January 14, 2013 |
| Pretrial conference is reset to**:** | **January 21, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 28, 2013 at 9:00 a.m.** |

SIGNED on August 6, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge